DUANE MORRIS LLP
Fran M. Jacobs
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1060

Attorneys for Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr, Bruce R. Bent, and Arthur T. Bent.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re THE RESERVE PRIMARY FUND SECURITIES & DERIVATIVE CLASS ACTION LITIGATION | CIVIL ACTION NO. 08-cv-8060 (PGG)<br>(ECF Case)<br><br>**NOTICE OF APPEARANCE** |

     Fran M. Jacobs hereby enters her appearance as counsel for Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr, Bruce R. Bent, and Arthur T. Bent.

Dated: New York, New York
       August 3, 2010

Respectfully Submitted,
DUANE MORRIS LLP

By: _____/s/ Fran M. Jacobs_____
     DUANE MORRIS LLP
     Fran M. Jacobs
     1540 Broadway
     New York, New York 10036
     Telephone: (212) 692-1060
     Fax: (212) 202-6413
     FMJacobs@duanemorris.com

*Attorneys for Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr, Bruce R. Bent, and Arthur T. Bent.*