USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re THE RESERVE PRIMARY FUND
SECURITIES & DERIVATIVE CLASS ACTION
LITIGATION

No. 08 Civ. 8060 (PGG)

ECF Case

## STIPULATION AND ORDER

It is hereby stipulated and agreed that the law firm of Duane Morris LLP, 1540 Broadway, New York, NY 10036, be substituted as lead counsel for Reserve Management Corporation, Reserve Management Company, Inc., Resrv Partners, Inc., Bruce Bent Sr., Bruce Bent II and Arthur Bent (collectively, "Defendants") in the above captioned action, in place of the law firm Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019. In addition, attorneys Christopher J. Clark, Lyle Roberts and Kevin Christopher Wallace, of Dewey & LeBoeuf hereby withdraw as counsel for Defendants in this action.

This substitution is on consent of Defendants and will not delay the conduct of coordinated discovery in this action because Duane Morris will continue its representation of Defendants. Nor will the substitution delay the ultimate trial in this action, a date for which has not yet been set. Because Duane Morris first appeared as counsel to Defendants in this action on or about April 29, 2009, and because the Duane Morris firm is actively involved in related litigation also pending before this Court, this

substitution and withdrawal will not have a material adverse effect on the interests of Defendants.

Dated: September 10, 2010
      New York, New York

                                         DEWEY & LEBOEUF LLP

                            By: _____
                                  Christopher J. Clark
                                  Kevin C. Wallace
                                  DEWEY & LEBOEUF LLP
                                  1301 Avenue of the Americas
                                  New York, New York 10019
                                  Telephone: (212) 259-8000

                                  Lyle Roberts (admitted *pro hac vice*)
                                  DEWEY & LEBOEUF LLP
                                  1101 New York Avenue, N.W.
                                  Washington, DC 20005
                                  Telephone: (202) 346-8000

                                  DUANE MORRIS LLP

                            By: _____
                                  John Dellaportas
                                  DUANE MORRIS LLP
                                  1540 Broadway
                                  New York, New York 10036
                                  Telephone: (212) 692-1000

Dated: September 24, 2010
      New York, New York

SO ORDERED:

_____
Honorable Paul G. Gardephe
United States District Judge