UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE RESERVE PRIMARY FUND SECURITIES & DERIVATIVE CLASS ACTION LITIGATION | Civil Action No. 08-cv-8060(PGG)<br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that I, Kevin P. Potere, hereby respectfully enter an appearance for defendants Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr., Bruce R. Bent, and Arthur T. Bent III in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

   I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 8, 2012

					DUANE MORRIS LLP

					/s/ Kevin P. Potere
					Kevin P. Potere
					kppotere@duanemorris.com

					1540 Broadway
					New York, NY 10036
					Tel: (212) 692-1000
					Fax: (212) 692-1020

					*Attorneys for Defendants*