# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Third Avenue Institutional International Value Fund L.P., On Behalf of Itself and All Others Similarly Situated, <br> *Plaintiff* <br> v. <br> Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr. Bruce R. Bent, Arthur T. Bent, individually and on Behalf of The Reserve Primary Fund, <br> *Defendants, Third-party plaintiffs* <br> v. <br> Ronald J. Artinian, Santa Albicocco, William E. Viklund, Edwin Ehlert, Jr., William J. Montgoris, And Frank J. Stalzer, <br> *Third-party defendants* | Civil Action No. 08 Civ. 8060 (PGG) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Edwin Ehlert, Jr.
2584 Morningstar Drive
Manasquan, NJ 08736

A lawsuit has been filed against defendants **Reserve Management Company, Inc. et al.**, who as third-party plaintiffs are making this claim against you to pay part or all of what the defendants may owe to the plaintiff **Third Avenue Institutional International Value Fund L.P.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) – you must serve on the plaintiff and on the defendants an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendants or defendants' attorney, whose name and address are:

>John Dellaportas, Esq.
>Duane Morris LLP
>1540 Broadway
>New York, New York 10036

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

>John Christopher Browne
>Bernstein Litowitz Berger & Grossmann LLP
>1285 Avenue of the Americas, 38th Floor
>New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You must file the answer or motion with the court and serve it on any other parties.

A copy of plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: January 22, 2013

RUBY J. KRAJICK
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THIRD AVENUE INSTITUTIONAL
INTERNATIONAL VALUE FUND, L.P.,

        Plaintiff(s),

    -against-

RESERVE MANAGEMENT COMPANY, INC., et al.,

        Defendant(s).
-------------------------------------------------------------X
RELATED THIRD PARTY ACTION.
-------------------------------------------------------------X
STATE OF NEW JERSEY)
                  S.S.:
COUNTY OF OCEAN  )

Case No. 08 CIV 8060 (PGG)

AFFIDAVIT OF SERVICE

    MARTIN EBERT, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

    That on the 22nd day of January, 2013, at approximately 2:29 PM, deponent served a true copy of the Summons on a Third-Party Complaint and Defendants' Answer to Consolidated Class Action Complaint and Defendants' Third Party Complaint upon Edwin Ehlert, Jr. at 2584 Morningstar Drive, Manasquan, New Jersey, by personally delivering and leaving the same with Edwin Ehlert, Jr. at that address. At the time of service, deponent asked Edwin Ehlert, Jr. whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever and received a negative reply.

    Edwin Ehlert Jr. is a white male, approximately 75 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with gray hair.

_____
MARTIN EBERT

Sworn to before me this
22nd day of January, 2013

_____
NOTARY PUBLIC

ERIN ELIZABETH McGRADY
NOTARY PUBLIC OF NEW JERSEY
ID # 2427428
My Commission Expires 11/28/2017