AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Third Avenue Institutional International Value Fund L.P., On Behalf of Itself and All Others Similarly Situated,<br>                    *Plaintiff*<br>v.<br>Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr. Bruce R. Bent, Arthur T. Bent, individually and on Behalf of The Reserve Primary Fund,<br>       *Defendants, Third-party plaintiffs*<br>v.<br>Ronald J. Artinian, Santa Albicocco, William E. Viklund, Edwin Ehlert, Jr., William J. Montgoris, And Frank J. Stalzer,<br>         *Third-party defendants* | Civil Action No. 08 Civ. 8060 (PGG) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*      Santa Albicocco
                                                                31 Derby Court
                                                                Oyster Bay, New York 11771

A lawsuit has been filed against defendants **Reserve Management Company, Inc. et al.**, who as third-party plaintiffs are making this claim against you to pay part or all of what the defendants may owe to the plaintiff **Third Avenue Institutional International Value Fund L.P.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) – you must serve on the plaintiff and on the defendants an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendants or defendants' attorney, whose name and address are:

                                John Dellaportas, Esq.
                                Duane Morris LLP
                                1540 Broadway
                                New York, New York 10036

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

                                John Christopher Browne
                                Bernstein Litowitz Berger & Grossmann LLP
                                1285 Avenue of the Americas, 38th Floor
                                New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You must file the answer or motion with the court and serve it on any other parties.

A copy of plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:    January 22, 2013                                                       RUBY J. KRAJICK
                                                                                  *CLERK OF COURT*

                                                                                 *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Third Avenue Institutional International Value Fund
L.P., On Behalf of Itself an All Others Similarly
Situated,

    Plaintiff,

  -v-

Reserve Management Company, Inc., Resrv Partners,
Inc., Reserve Management Corporation, Bruce Bent
Sr., Bruce R. Bent, Arthur T. Bent, individually and on
Behalf of The Reserve Primary Fund.

    Defendants, Third-Party Plaintiffs

  -v-

Ronald J. Artinian, Santa Albicocco, William E.
Viklund, Edwin Ehlert, Jr., William J. Mortgoris, and
Frank J. Stalzer,

    Third-party Defendants.
------------------------------------------------------------X

Civil Action No.
08-CV-8060 (PGG)

**AFFIDAVIT OF SERVICE**

ONIKA MCLEAN, being duly sworn, deposes and says:

1. I am employed by the firm of Duane Morris LLP.

2. I am over 18 years of age, reside in Brooklyn, NY and am not a party to this action.

3. On January 28, 2013, I caused service by e-mailing a Summons Third-Party Complaint along with Defendants' Answer to Consolidated Class Action Complaint and Defendants' Third Party Complaint upon the attorney below who agreed to accept service on behalf of Santa Albicocco:

Mark Holland
Goodman Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

           _____
           ONIKA MCLEAN

Sworn to before me this
28th day of January, 2013.

_____
Notary Public

JOYCE BRANCHE
Notary Public, State of New York
No. 01BR4814964
Qualified in Nassau County
Commission Expires August 31, 2014

## Powell, Angelic

**From:** McLean, Onika D.
**Sent:** Monday, January 28, 2013 2:46 PM
**To:** Powell, Angelic
**Subject:** FW: RMCI v Artinian, et al.

John,

I understand that your firm has been trying to serve Santa Albicocco with "some legal papers," which I presume is the third party complaint you filed last week. Today, Santa authorized me to accept service on her behalf. Please send the papers to me at your convenience.

**Mark Holland**


Mark Holland
**Goodwin Procter LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212-459-7152
F: 212-813-8898
mholland@goodwinprocter.com
www.goodwinprocter.com

******************************************************************
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
******************************************************************
******************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************