AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Third Avenue Institutional International Value Fund L.P., On Behalf of Itself and All Others Similarly Situated, ) ) ) | |
| *Plaintiff* ) | Civil Action No. 08 Civ. 8060 (PGG) |
| v. ) | |
| Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr. Bruce R. Bent, Arthur T. Bent, individually and on Behalf of The Reserve Primary Fund, ) ) ) ) | |
| *Defendants, Third-party plaintiffs* ) | |
| v. ) | |
| Ronald J. Artinian, Santa Albicocco, William E. Viklund, Edwin Ehlert, Jr., William J. Montgoris, And Frank J. Stalzer, ) ) ) | |
| *Third-party defendants* ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*     **Ronald J. Artinian**
**5 Bristol Drive**
**Manhasset, New York 11030**

A lawsuit has been filed against defendants **Reserve Management Company, Inc. et al.**, who as third-party plaintiffs are making this claim against you to pay part or all of what the defendants may owe to the plaintiff **Third Avenue Institutional International Value Fund L.P.**

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) -- you must serve on the plaintiff and on the defendants an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendants or defendants' attorney, whose name and address are:

**John Dellaportas, Esq.**
**Duane Morris LLP**
**1540 Broadway**
**New York, New York 10036**

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

**John Christopher Browne**
**Bernstein Litowitz Berger & Grossmann LLP**
**1285 Avenue of the Americas, 38th Floor**
**New York, NY 10019**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You must file the answer or motion with the court and serve it on any other parties.

A copy of plaintiff's complaint is also attached. You may -- but are not required to -- respond to it.

Date:   January 22, 2013

RUBY J. KRAJICK

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THIRD AVENUE INSTITUTIONAL
INTERNATIONAL VALUE FUND, L.P.,

        Plaintiff(s),

    -against-

RESERVE MANAGEMENT COMPANY, INC., et al.,

        Defendant(s).
-------------------------------------------------------------------X
RELATED THIRD PARTY ACTION.
-------------------------------------------------------------------X
STATE OF NEW YORK   )
                  S.S.
COUNTY OF NEW YORK)

Case No. 08 CIV 8060 (PGG)

AFFIDAVIT OF SERVICE

      DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 22nd day of January, 2013, at approximately the time of 8:23 PM, deponent attempted to serve a true copy of the Summons on a Third-Party Complaint and Defendants' Answer to Consolidated Class Action Complaint and Defendants' Third Party Complaint upon Ronald J. Artinian at 5 Bristol Drive, Manhasset, New York, but received no response to the doorman's call to the apartment.

      That on the 23rd day of January, 2013, at approximately the time of 7:04 PM, deponent again attempted to serve a true copy of the Summons on a Third-Party Complaint and Defendants' Answer to Consolidated Class Action Complaint and Defendants' Third Party Complaint upon Ronald J. Artinian at 5 Bristol Drive, Manhasset, New York, but again received no response to the doorman's call to the apartment.

      That on the 29th day of January, 2013, at approximately the time of 4:42 PM, deponent again attempted to serve a true copy of the Summons on a Third-Party Complaint and Defendants' Answer to Consolidated Class Action Complaint and Defendants' Third Party Complaint upon Ronald J. Artinian at 5 Bristol Drive, Manhasset, New York, but again received no response to the doorman's call to the apartment.

      That on the 2nd day of February, 2013, at approximately the time of 8:10 AM, deponent again attempted to serve a true copy of the Summons on a Third-Party Complaint and Defendants' Answer to

Consolidated Class Action Complaint and Defendants' Third Party Complaint upon Ronald J. Artinian at 5 Bristol Drive, Manhasset, New York, but again received no response to the doorman's call to the apartment.

That on the 4th day of February, 2013, at approximately the time of 3:06 PM, deponent again attempted to serve a true copy of the Summons on a Third-Party Complaint and Defendants' Answer to Consolidated Class Action Complaint and Defendants' Third Party Complaint upon Ronald J. Artinian at 5 Bristol Drive, Manhasset, New York, but again received no response to the doorman's call to the apartment. At that time, therefore, deponent served a true copy of the aforementioned papers upon Ronald J. Artinian by personally delivering and leaving the same with Marvin "Doe", the doorman, who refused to provide deponent his last name, who refused to provide deponent access to the apartment of Ronald J. Artinian, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if Ronald J. Artinian is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

Marvin "Doe" is a white male, approximately 70 years of age, stands approximately 5 feet, 6inches tall, weighs approximately 140 pounds with gray hair.

That on the 4th day of February, 2013, deponent served another copy of the foregoing upon Ronald J. Artinian by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Ronald J. Artinian
5 Bristol Drive
Manhasset, New York 11030

DOMINIC DELLAPORTE #1320496

Sworn to before me this
5th day of February, 2013

NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014