Gardephe, P.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re The Reserve Fund Securities and Derivative Litigation | No. 09 MD 2011 (PGG) |
| THIRD AVENUE INSTITUTIONAL INTERNATIONAL VALUE FUND, L.P., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., RESERVE MANAGEMENT CORPORATION, BRUCE BENT SR., BRUCE R. BENT, ARTHUR T. BENT, Individually and on behalf of The Reserve Primary Fund,<br><br>Defendants/Third Party Plaintiffs,<br><br>v.<br><br>RONALD J. ARTINIAN, SANTA ALBICOCCO, WILLIAM E. VIKLUND, EDWIN EHLERT, JR., WILLIAM J. MONTGORIS, AND FRANK J. STALZER,<br><br>Third Party Defendants. | No. 08 Civ. 8060 (PGG)<br><br>ECF Case |

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THIRD PARTY COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Defendants/Third Party Plaintiffs Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr., Bruce R. Bent and Arthur T. Bent (collectively, "Third Party Plaintiffs") and Third Party Defendants Ronald J. Artinian, Santa Albicocco, William E. Viklund, Edwin Ehlert, Jr., William J. Montgoris and Frank J. Stalzer, the Independent Trustees of Relief Defendant the Primary Fund-In Liquidation (f/k/a The Reserve

1

LIBNY/5243485.4

Primary Fund) (collectively, the "Independent Trustees" or "Third Party Defendants") as follows:

1. All Third Party Defendants have been served with the Third Party Complaint in the above-captioned action ("Third Party Complaint").

2. Third Party Defendants require additional time to respond to the Third Party Complaint, which is 31 pages long and includes eight separate counts.

3. The time for Third Party Defendants to move, answer or otherwise respond to the Third Party Complaint is extended until March 7, 2013.

4. If Third Party Defendants move to dismiss the Third Party Complaint, Third Party Plaintiffs will have 30 days to serve any opposition to the motion to dismiss.

5. This is the first request for an extension of time to move, answer or otherwise respond in the action commenced with the Third Party Complaint. Because no scheduling order has been entered in that action, the extension of time stipulated to herein will not affect any other dates.

Dated: February 13, 2013				Respectfully submitted,

						DUANE MORRIS LLP

						*John Dellaportas*

						John Dellaportas
						(dellajo@duanemorris.com)
						Fran M. Jacobs
						(fmjacobs@duanemorris.com)
						1540 Broadway
						New York, New York 10036
						Telephone: (212) 692-1000
						Facsimile: (212) 692-1020

						*Attorneys for Defendants/Third Party Plaintiffs*
						*Reserve Management Company, Inc., Resrv*
						*Partners, Inc., Reserve Management Corp., Bruce*
						*R. Bent Sr., Bruce Bent, and Arthur T. Bent*

						GOODWIN PROCTER LLP

						*Mark Holland*

						Mark Holland
						(mholland@goodwinprocter.com)
						Mary K. Dulka
						(mdulka@goodwinprocter.com)
						The New York Times Building
						620 Eighth Avenue
						New York, New York 10018
						Telephone: (212) 813-8800
						Facsimile: (212) 355-3333

						*Attorneys for Third Party Defendants Ronald J.*
						*Artinian, Santa Albicocco, William E. Viklund,*
						*Edwin Ehlert, Jr., William J. Montgoris and Frank*
						*J. Stalzer*

IT IS SO ORDERED:

*Paul A. Gardephe*   Feb. 14, 2013
Paul G. Gardephe
United States District Judge

3