USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re The Reserve Fund Securities and Derivative Litigation | No. 09 MD 2011 (PGG) |
| THIRD AVENUE INSTITUTIONAL INTERNATIONAL VALUE FUND, L.P., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RESERVE MANAGEMENT COMPANY, INC., RESRV PARTNERS, INC., RESERVE MANAGEMENT CORPORATION, BRUCE BENT SR., BRUCE R. BENT, ARTHUR T. BENT, Individually and on behalf of The Reserve Primary Fund,<br><br>Defendants/Third Party Plaintiffs,<br><br>v.<br><br>RONALD J. ARTINIAN, SANTA ALBICOCCO, WILLIAM E. VIKLUND, EDWIN EHLERT, JR., WILLIAM J. MONTGORIS, AND FRANK J. STALZER,<br><br>Third Party Defendants. | No. 08 Civ. 8060 (PGG)<br><br>ECF Case |

## STIPULATION AND [PROPOSED] ORDER ADJOURNING DEADLINE TO RESPOND TO THIRD PARTY COMPLAINT

**WHEREAS:**

1. Plaintiff, Defendants/Third Party Plaintiffs and Third Party Defendants (the "Parties") to this class action and third-party action have reached an agreement in principle to settle this case, and

2. The Parties require further time to prepare a final settlement agreement for submission to the Court for approval;

1

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Defendants/Third Party Plaintiffs Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr., Bruce R. Bent and Arthur T. Bent and Third Party Defendants Ronald J. Artinian, Santa Albicocco, William E. Viklund, Edwin Ehlert, Jr., William J. Montgoris and Frank J. Stalzer that:

1. The time for the Third Party Defendants to move, answer or otherwise respond to the Third Party Complaint in this action is adjourned pending final disposition of the proposed settlement agreement.

2. This is the second request for an extension of time to move, answer or otherwise respond to the Third Party Complaint. Because no scheduling order has been entered in that action, the adjournment stipulated to herein will not affect any other dates.

2

LIBNY/5247503.1

Dated: March 5, 2013                    Respectfully submitted,

DUANE MORRIS LLP

*[signature]* (by M H of copy w/ permission)
John Dellaportas
(dellajo@duanemorris.com)
Fran M. Jacobs
(fmjacobs@duanemorris.com)
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Attorneys for Defendants/Third Party Plaintiffs Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corp., Bruce R. Bent Sr., Bruce Bent, and Arthur T. Bent*

GOODWIN PROCTER LLP

*[signature]*
Mark Holland
(mholland@goodwinprocter.com)
Mary K. Dulka
(mdulka@goodwinprocter.com)
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

*Attorneys for Third Party Defendants Ronald J. Artinian, Santa Albicocco, William E. Viklund, Edwin Ehlert, Jr., William J. Montgoris and Frank J. Stalzer*

IT IS SO ORDERED:

*[signature]* March 5, 2013
Paul G. Gardephe
United States District Judge

3