UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
                                       :
                                       : No. 08-cv-8060-PGG
IN RE THE RESERVE PRIMARY FUND         : (Class Action)
SECURITIES & DERIVATIVE CLASS          :
ACTION LITIGATION                      : **NOTICE OF APPEARANCE**
                                       :
                                       :
-------------------------------------- X

     PLEASE TAKE NOTICE THAT John Dellaportas, Esq. and Marc Shanker, Esq. of the law firm of Morgan, Lewis & Bockius LLP hereby appear on behalf of Defendants Reserve Management Company, Inc., Resrv Partners, Inc., Reserve Management Corporation, Bruce Bent Sr., Bruce R. Bent and Arthur T. Bent in the above-captioned action.

     I certify that I am admitted to practice before this Court.

Dated:  New York, New York
        June 3, 2013

                                    Respectfully submitted,

                                    /s/ Marc J. Shanker
                                      Marc J. Shanker
                                  John Dellaportas
                                  MORGAN, LEWIS & BOCKIUS LLP
                                  101 Park Avenue
                                  New York, NY  10178
                                  Tel:  (212) 309-6000
                                  Fax: (212) 309-6001