UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re: The Reserve Primary Fund　　　　　　　Case No. 1:08-cv-08060-PGG
Securities & Deriv. Class Action　　Plaintiff,

　　　　　　-against-

　　　　　　　　　　　　　　Defendant.
-------------------------------------------------------
　　　　　　　　　NOTICE OF CHANGE OF ADDRESS

TO:　ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending　　　　　　　　[ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

　　　　　　　　**John George Dellaportas**
　　　　　　　　FILL IN ATTORNEY NAME

My SDNY Bar Number is: JD5427　　　My State Bar Number is 2688976

I am,

[✓]　An attorney
[ ]　A Government Agency attorney
[ ]　A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:　　FIRM NAME: Duane Morris LLP
　　　　　　　FIRM ADDRESS: 1540 Broadway, New York, NY 10036
　　　　　　　FIRM TELEPHONE NUMBER: 212-692-1000
　　　　　　　FIRM FAX NUMBER: 212-692-1020

NEW FIRM:　　FIRM NAME: Morgan, Lewis & Bockius LLP
　　　　　　　FIRM ADDRESS: 101 Park Avenue, New York, NY 10178
　　　　　　　FIRM TELEPHONE NUMBER: 212-309-6000
　　　　　　　FIRM FAX NUMBER: 212-309-6001

[✓]　I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]　I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 4, 2013
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ATTORNEY'S SIGNATURE