UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE RESERVE PRIMARY FUND SECURITIES & DERIVATIVE CLASS ACTION LITIGATION | No. 08-cv-8060-PGG<br>(Class Action) |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT, AND (III) APPROVAL OF NOTICE TO THE CLASS**

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
Max W. Berger
John C. Browne
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Attorneys for Lead Plaintiff and the Class*

TO:   All Counsel of Record

PLEASE TAKE NOTICE that upon the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff Third Avenue Institutional International Value Fund, L.P. ("Lead Plaintiff") will and hereby does move this Court, under Rule 23(e) of the Federal Rules of Civil Procedure, for an order: (i) preliminarily approving the Settlement on the terms set forth in the Stipulation and Agreement of Settlement Dated August 14, 2013, attached hereto as Exhibit 1; (ii) certifying the proposed Class for purposes of the Settlement; (iii) approving the form and manner of giving notice of the Settlement to the Class; and (iv) scheduling of a hearing on final approval of the Settlement, and on Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Attached as Exhibit 2 hereto is a copy of the proposed Order Preliminarily Approving Settlement and Providing for Notice (with its exhibits).

Dated: September 6, 2013
       New York, New York

                                        BERNSTEIN LITOWITZ BERGER
                                             & GROSSMANN LLP


                                          /s/ John C. Browne
                                          JOHN C. BROWNE

                                        Max W. Berger
                                        John C. Browne
                                        1285 Avenue of the Americas
                                        New York, NY 10019
                                        Telephone: (212) 554-1400
                                        Facsimile: (212) 554-1444

                                        *Attorneys for Lead Plaintiff*