UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE RESERVE PRIMARY FUND SECURITIES & DERIVATIVE CLASS ACTION LITIGATION | No. 08-cv-8060-PGG<br>(Class Action) |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Max W. Berger
John C. Browne
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Attorneys for Lead Plaintiff and the Class*

TO: All Counsel of Record

PLEASE TAKE NOTICE that, pursuant to the Court's Order Preliminarily Approving Settlement And Providing For Notice (ECF No. 95), upon the accompanying memorandum of law and all other papers and proceedings herein, Lead Plaintiff Third Avenue Institutional International Value Fund, L.P. ("Lead Plaintiff") will and hereby does move this Court, under Rule 23(h) of the Federal Rules of Civil Procedure, for an order approving Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Dated: November 11, 2013
New York, New York

                                          **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

                                          */s/ John C. Browne*
                                          JOHN C. BROWNE

Max W. Berger
John C. Browne
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Attorneys for Lead Plaintiff and the Class*