# ARNOLD & PORTER LLP

**Stewart D. Aaron**
Stewart.Aaron@aporter.com

212.715.1114
212.715.1399 Fax

399 Park Avenue
New York, NY  10022-4690

November 21, 2013

*Via ECF Filing and Facsimile*

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the
    Southern District of New York
United States Courthouse
40 Foley Square, Room 2204
New York, New York  10007

      Re:  In re The Reserve Primary Fund Securities & Derivative Class Action Litigation
            (No. 08-cv-8060-PGG)

            In re The Reserve Fund Securities and Derivative Litigation
            (No. 09-md-2011-PGG)

            Henry Ford Health System, et al. v. The Reserve Fund, et al.
            (No. 09-cv-5108-PGG)

Dear Judge Gardephe:

      On behalf of our clients, Henry Ford Health System, Health Alliance Plan of Michigan, Alliance Health and Life Insurance Company, and the Henry Ford Health System Retirement Savings Plan (collectively, "Henry Ford"), we write in regard to the above-captioned actions.

      The purpose of this letter is to inform the Court that Henry Ford supports the settlement of the class action (No. 08-cv-8060-PGG), which will be considered at the final approval hearing scheduled for December 16, 2013, and wishes to be included in the settlement.  In the event the Court grants final approval of the settlement, Henry Ford will (i) participate as a class member in the settlement and (ii) dismiss its action, without prejudice, against The Reserve Fund and certain affiliated entities and individuals (No. 09-cv-5108-PGG), which currently is pending as part of the multidistrict litigation related to The Reserve matter (No. 09-md-2011-PGG).[1/]

---

[1/]  On February 24, 2010, Henry Ford entered into a stipulation with the individual defendants who served on The Reserve's Board of Trustees (the "Trustee Defendants").  Pursuant to this stipulation, Henry Ford's action was dismissed, without prejudice, against the Trustee Defendants.  The action, however, continues to be pending against all other defendants.

ARNOLD & PORTER LLP

Hon. Paul G. Gardephe
November 21, 2013
Page 2

  We thank the Court for its consideration.

          Respectfully,

          Stewart D. Aaron

Enclosures