GOODWIN | PROCTER

Mark Holland
212.459.7152
MHolland@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
The New York Times Building
620 Eighth Avenue
New York, NY 10018
T: 212.813.8800
F: 212.355.3333

December 19, 2013

**VIA EMAIL AND FEDERAL EXPRESS**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square - Room 2204
New York, NY 10007

Re: ***In re The Reserve Fund Securities and Derivative Litigation*, No. 08-cv-8060 (PGG)**

Dear Judge Gardephe:

  We write on behalf of the Independent Trustees of the Primary Fund-In Liquidation, in furtherance of the Court's instructions at the December 16, 2013 hearing in the referenced matter. The Independent Trustees have arranged for the Fund to pay Mr. Farrell $44,335.80 for his invoiced legal bills associated with the *SEC v. RMCI* matter. This resolves Mr. Farrell's request regarding the Fund.

  We thank the Court for its guidance on this issue.

Respectfully,

*Mark Holland*

Mark Holland

cc: **Via Email**
   John C. Browne, Esq.
   Niki Mendoza, Esq.
   Charles J. Clark, Esq.
   John Dellaportas, Esq.
   Fran M. Jacobs, Esq.
   Jeffrey Korn, Esq.

LIBNY/5297368.1